ACCEPTED
15-24-00083-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
1/22/2025 10:36 AM
CHRISTOPHER A. PRINE
CLERK

**No. 15-24-00083-CV**

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
1/22/2025 10:36:24 AM
CHRISTOPHER A. PRINE
Clerk

In the
𝕱𝖎𝖋𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘
𝖆𝖙 𝕬𝖚𝖘𝖙𝖎𝖓, 𝕿𝖊𝖝𝖆𝖘

ASI Lloyds Insurance Company,

*Appellant*

v.

Texas Windstorm Insurance Association, and The Honorable Cassie Brown, in her Official Capacity as, Commissioner, Texas Department of Insurance

*Appellees*

Appeal from the 126th District Court,
Travis County, Texas, Cause No. D-1-GN-23-004301

**APPELLANT'S UNOPPOSED MOTION FOR
EXTENSION OF TIME TO FILE REPLY BRIEF(S)**

Appellant ASI Lloyds Insurance Company files this Unopposed Motion for Extension of Time to File Reply Brief(s) pursuant to Texas Rule of Appellate Procedure 38.6(d) and would respectfully show:

ASI filed its Appellant's Brief on November 12, 2024. After obtaining unopposed 30-day extensions of time, Appellees filed their Appellee's Briefs on January 10, 2025. As a result, ASI's Reply Brief(s) is/are currently due to be filed on January 30, 2025.

*See* Tex. R. App. P. 38.6(c). ASI now requests a 20-day extension of time to file its Reply Brief(s), which would make the new deadline February 19, 2025. This is ASI's first motion for extension of time to file its Reply Brief(s).

This extension of time is necessary because Appellees have filed separate briefs totaling, respectively, 30 and 39 pages. Although the arguments in those briefs overlap in part, it will take significant time to draft a Reply Brief that responds to the arguments in both briefs and complies with the word limit for a single Reply Brief. Alternatively, although ASI hopes to file a single Reply Brief, ASI reserves the right to file separate Reply Briefs, if necessary, which would also require significant time to prepare.

Moreover, ASI's lead appellate counsel has been preoccupied with the following work and deadlines in other matters that will prevent him from devoting sufficient time to prepare and file the Reply Brief(s) in this case by the current deadline: (1) attendance at a court ordered, in-person mediation in Tyler, Texas on January 13, 2025, in *First Christian Church (Disciples of Christ) of Tyler v. Church Mutual Insurance Co. S.I.*, Civil Action No. 6:23-CV-342-JDK, in the U.S. District Court for the Eastern District of Texas, Tyler Division; (2) a January 14, 2025 deadline to file a Response to a Motion to Dismiss for Want of Jurisdiction in *Epworth Villa Litigation Trust v. Holden, P.C., et al.*, No. 122,370, in the Supreme Court of Oklahoma; (3) a January 21, 2025 deadline to file a Reply/Response to Plaintiffs' and Intervenors' Response/Objection to Defendant's Motion to Designate Responsible Third Party and Motion to Strike TxDOT

2

as a Responsible Third Party in *Kristian Allen, et al. v. Pilot Travel Centers, LLC*, Civil Action No. 4:22-cv-02519, in the United States District Court for the Southern District of Texas, Houston Division; and (4) a January 22, 2025 deadline to file a combined Appellee's/Cross-Appellant's Brief in *Alexander Backus, et al. v. The Courtyard Homeowners Association, Inc.*, No. 03-24-00529-CV, in the Third Court of Appeals at Austin, Texas.

Appellees Texas Windstorm Insurance Association, and The Honorable Cassie Brown, in her Official Capacity as, Commissioner, Texas Department of Insurance, do not oppose this extension.

For these reasons, ASI respectfully requests that the Court grant this motion and extend the deadline to file its Appellant's Reply Brief(s) until February 19, 2025. ASI also requests all other relief to which it is justly entitled.

Respectfully submitted,


By: */s/ Wade C. Crosnoe*
    Wade C. Crosnoe
    State Bar No. 00783903
    THOMPSON, COE, COUSINS & IRONS, L.L.P.
    2801 Via Fortuna, Ste. 300
    Austin, Texas 78746
    Telephone: (512) 708-8200
    Facsimile: (512) 708-8777
    Email: wcrosnoe@thompsoncoe.com

    Jay A. Thompson
    State Bar No. 19921500
    MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD, P.L.L.C.
    500 W. 5th Street, Suite 1150
    Austin, Texas 78701
    Telephone: (512) 480-5104
    E-mail: jthompson@mwlaw.com

    **Attorneys for Appellant ASI Lloyds Insurance Company**


## CERTIFICATE OF CONFERENCE

I certify that I conferred with Cory Scanlon, counsel for Appellee Cassie Brown in her official capacity as Commissioner, Texas Department of Insurance, and Michael Wilson, counsel for Appellee Texas Windstorm Insurance Association, regarding this motion and that they said their clients are not opposed to the extension of time sought in this motion.


    */s/ Wade C. Crosnoe*
    Wade C. Crosnoe

## CERTIFICATE OF SERVICE

I certify that on January 22, 2025, a true and correct copy of this motion has been served by electronic case filing or e-mail to the following counsel:

Cory A. Scanlon
Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
E-mail: Cory.Scanlon@oag.texas.gov
*Attorneys for Appellee The Honorable Cassie Brown,*
*Commissioner of Texas Department of Insurance*

Terri M. Abernathy
Assistant Attorney General
Office of the Attorney General of Texas
General Litigation Division
P.O. Box 12548
Austin, Texas 78711
E-mail: terri.abernathy@oag.texas.gov
*Attorneys for Appellee The Honorable Cassie Brown,*
*Commissioner of Texas Department of Insurance*

Rosalind Hunt
Assistant Attorney General
Office of the Attorney General of Texas
Administrative Law Division
P.O. Box 12548
Austin, Texas 78711
E-mail: Rosalind.hunt@oag.texas.gov
*Attorneys for Appellee The Honorable Cassie Brown, Commissioner of Texas Department of Insurance*

Michael S. Wilson
E-mail: mwilson@perkinslawtx.com
Adrienne Barclay
E-mail: aredinger@perkinslawtx.com
Perkins Law Group, PLLC
One Far West Plaza, Suite 200
3410 Far West Blvd.
Austin, Texas 78731
*Attorneys for Appellee*
*Texas Windstorm Insurance Association*


*/s/ Wade C. Crosnoe*
Wade C. Crosnoe

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Trisha Koula on behalf of Wade Crosnoe
Bar No. 00783903
tkoula@thompsoncoe.com
Envelope ID: 96463848
Filing Code Description: Motion
Filing Description: Appellant's Unopposed Motion for Extension of Time to File Reply Brief(s)
Status as of 1/22/2025 10:55 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Wade Crosnoe | 783903 | wcrosnoe@thompsoncoe.com | 1/22/2025 10:36:24 AM | SENT |
| Adrienne Barclay | 24065955 | aredinger@perkinslawtx.com | 1/22/2025 10:36:24 AM | SENT |
| Rosalind Hunt | 24067108 | Rosalind.Hunt@oag.texas.gov | 1/22/2025 10:36:24 AM | SENT |
| Cory Scanlon | 24104599 | cory.scanlon@oag.texas.gov | 1/22/2025 10:36:24 AM | SENT |
| Adrienne Barclay | | abarclay@perkinslawtx.com | 1/22/2025 10:36:24 AM | SENT |
| Michael Wilson | | mwilson@perkinslawtx.com | 1/22/2025 10:36:24 AM | SENT |
| Nancy Villarreal | | nancy.villarreal@oag.texas.gov | 1/22/2025 10:36:24 AM | SENT |
| Jay A.Thompson | | jthompson@mwlaw.com | 1/22/2025 10:36:24 AM | SENT |
| Terri M.Abernathy | | terri.abernathy@oag.texas.gov | 1/22/2025 10:36:24 AM | SENT |
| Shawn Pettyjohn | | spettyjohn@perkinslawtx.com | 1/22/2025 10:36:24 AM | SENT |
| Trisha Koula | | tkoula@thompsoncoe.com | 1/22/2025 10:36:24 AM | SENT |